# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS FRANCO,<br><br>        Petitioner,<br><br>  v.<br><br>NEIL H. ADLER, Warden,<br><br>        Respondent. | 1:09-cv-00325 OWW MJS HC<br><br>ORDER FOR RESPONDENT TO RE-SUBMIT MOTION TO DISMISS<br><br>ORDER TO TERMINATE MOTION TO DISMISS<br><br>[Docs. 21-27] |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On December 21, 2009, Respondent filed a motion to dismiss with five exhibits. However, each of the five "exhibits" submitted through the Court's electronic case file system is merely a duplicate of the motion to dismiss itself. (See ECF Nos. 22-26.)

Respondent is ordered to re-submit and r-serve the motion to dismiss, with copies of the actual exhibits attached, within fifteen (15) days of this order.  Petitioner shall have thirty (30) days from the date of re-service of Respondent's motion in which to file a response.

Accordingly, it is hereby ORDERED that

1) Respondent's motion to dismiss be terminated [Doc. 21];

2) Respondent re-submit his motion to dismiss within fifteen (15) days of service of this order; and

3) Petitioner is granted thirty (30) days from the date of re- service of Respondent's motion in which to file a response.

IT IS SO ORDERED.

Dated:   July 16, 2010             /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE