# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS FRANCO,<br><br>　　　　Petitioner,<br><br>　v.<br><br>NEIL H. ADLER, Warden,<br><br>　　　　Respondent. | 1:09-CV-00325 OWW MJS HC<br><br>ORDER REQUIRING RESPONDENT TO FILE RESPONSE<br><br>THIRTY-DAY DEADLINE |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 30, 2011, the Court denied Respondent's motion to dismiss, and referred the matter to the assigned Magistrate Judge for further proceedings. Accordingly, Respondent is hereby ordered to file a response to the remaining claims of the petition within **thirty (30) days** of the date of service of this order. The response, traverse, and opposition shall be filed in accordance to the instructions set forth in the briefing schedule previously issued by this Court on November 2, 2009. (Briefing Schedule, ECF No. 15.)

IT IS SO ORDERED.

Dated: April 7, 2011　　　　　　　　　　／s／ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE